JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ANGUIANO, ) | CASE NO. CV 09-02414 MMM (CTx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | JUDGMENT FOR DEFENDANT |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY, AS TRUSTEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On July 6, 2009, the court issued an order dismissing plaintiff's claims with twenty days' leave to amend. Plaintiff did not file an amended complaint. Accordingly,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute and failure to comply with court orders.

DATED: September 28, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE